IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 03-487 |
| v. | : | |
| ANDRE KEYES | : | |

## ORDER

**AND NOW**, this 28th day of January, 2014, upon consideration of Defendant's Motion for Modification of Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Docket No. 690), and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.